————o————

JAMES CLEMENS, JR., Appellant, *vs.* THOMAS A. DRYDEN, *et al.*, Respondents.

Willi vs. Dryden, ante, p. 319 affirmed.

*Appeal from St. Louis Circuit Court.*

*W. B. Thompson and Cline, Jamison & Day*, for Appellants.

*Dryden & Dryden* for Respondents.

WAGNER, Judge, delivered the opinion of the court.

This case is not distinguishable from the case of Willi vs. Dryden, *et al.*, decided at the present term. In conformity with the principles there laid down, the judgment must be reversed and the cause remanded. The other judges concur.